UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

August 9, 2005

*DIVISIONS*

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS  39201

TELEPHONE
(601) 965-4439

SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Mr. Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, NE #G-255
Washington, D. C.  20002-8000

Re:    Mabry Vs 3M Company, et al
       Civil Action No. 1:05cv385LG-RHW

Dear Mr. Beck:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to silica.  If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel 1553.

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and notice of removal which has been filed in this cause.  By copy of this letter, we are noticing the attorneys for the parties of this action.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. Noblin, Clerk

By:_____
                Deputy Clerk

cc:    attorneys